UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21893-GAYLES/OTAZO-REYES

**PERRY W HODGES**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

**AURORA CECILIA SCARPATI RIPALDA**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

**MARLENIS SANCHEZ and PEDRO SANCHEZ**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

**<u>FINAL JUDGMENT</u>**

**THIS CAUSE** came before the Court for a non-jury trial that commenced on August 9, 2021. Intermittently, over four months, the Court heard testimony from several witnesses,

reviewed hundreds of documents, and considered argument from counsel. Based on the evidence presented and the applicable law, the Court made specific findings of fact and stated its conclusions of law on the record, pursuant to Federal Rule of Civil Procedure 52(a), on May 13, 2022. [ECF No. 216].

At trial, the Court found that Plaintiffs Perry W. Hodges, Aurora Cecilia Scarpati Ripalda, Marlenis Sanchez, and Pedro Sanchez ("Plaintiffs") failed to prove, by a preponderance of the evidence, that Defendant United States of America was negligent. Specifically, the Court found that Plaintiffs failed to establish that Defendant breached any duty owed to Plaintiffs and that, even if Defendants had breached a duty to Plaintiffs, the evidence did not support a finding that Defendants' breach was the cause of the mid-air collision. As a result, Plaintiffs failed to prove their claim under the Federal Tort Claims Act.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in favor of Defendant United States of America;

(2) Plaintiffs Perry W. Hodges, Aurora Cecilia Scarpati Ripalda, Marlenis Sanchez, and Pedro Sanchez shall take nothing on this claim;

(3) The Court reserves jurisdiction to determine entitlement to attorneys' fees and costs; and

(4) All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE